IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                          Case No: 3:02cr20/RV
                                          3:06cv447/RV/MD

**MARCO DUNCAN**
_____

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 13, 2006. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and the objection thereto filed by the defendant on November 29, 2006, I have determined that the report and recommendation should not be adopted at this time, but that this matter should be remanded to the magistrate judge for additional consideration of the timeliness issue.

      Accordingly, it is so ORDERED.

      DONE AND ORDERED this 1st day of December, 2006.

                                       /s/ *Roger Vinson*
                                       **ROGER VINSON**
                                       **SENIOR UNITED STATES DISTRICT JUDGE**