IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No: 3:02cr20/RV
   3:06cv447/RV/MD

MARCO DUNCAN
_____

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 17, 2007. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   The defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 268) is DENIED.

DONE AND ORDERED this 24th day of October, 2007.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE